UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RHINO METALS, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>KODIAK SAFE COMPANY LLC, a California limited liability company,<br><br>Defendant. | **Case No. 1:18-mc-00036-SKO**<br><br>**[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR KODIAK SAFE CO. LLC BY AND THROUGH ITS MANAGER CASSANDRA TANNEY AND FOR ASSOCIATED WRITTEN DISCOVERY** |

## I. **INTRODUCTION**

On June 29, 2018 judgment was entered in favor of Plaintiff Rhino Metals, Inc. ("Plaintiff, Judgment Creditor or Rhino") and against Defendant Kodiak Safe Company LLC ("Defendant or Judgment Debtor") in the United States District Court for the District of Idaho (ECF No. 77). On July 20, 2018, Plaintiff filed a Notice of Registration of Judgment for Enforcement along with a Clerk's Certification of Judgment to be Registered in Another District (ECF Nos. 1 & 1-3).

## II. **DISCUSSION**

Registration of foreign judgments is governed by 28 U.S.C. § 1963 which provides that a judgment entered in district court may be registered by filing a certified copy of the judgment in

**[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR KODIAK SAFE CO. LLC BY AND THROUGH ITS MANAGER CASSANDRA TANNEY AND FOR ASSOCIATED WRITTEN DISCOVERY - 1**

any judicial district once the judgment has become final. A judgment which is registered has the same effect as a judgment of the district court where it is registered and may be enforced in like manner. 28 U.S.C. § 1963. The Court finds that Plaintiff has satisfied the requirement of 28 U.S.C. § 1963 because judgment in the amount of $318,770.88 has been entered by the United States District Court for the District of Idaho and properly registered with this Court. (ECF No. 1).

Now that the judgment has been registered, Plaintiff has filed an application for a debtor examination and production of documents. (ECF No. 3). Pursuant to Federal Rule of Civil Procedure 69(a)(1), "[t]he procedure on execution – and in proceedings supplementary to and in aid of judgment or execution – must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *See also In re Estate of Ferdinand Marcos Human Rights Litigation*, 536 F.3d 980, 987-88 (9th Cir. 2008) ("[T]he procedure on execution is to be in accordance with the procedure of the state in which the district court is located at the time the remedy is sought."). In turn, California Code of Civil Procedure § 708.110 provides, in relevant part.

> (a) The Judgment Creditor may apply to the proper court for an order requiring the judgment debtor to appear before the court, or before a referee appointed by the court, at a time and place specified in the order, to furnish information to aid in enforcement of the money judgment.
>
> (b) If the Judgment Creditor has not caused the judgment debtor to be examined under this section during the preceding 120 days, the court shall make the order upon ex parte application of the judgment creditor.
>
> (c) If the Judgment Creditor has caused the judgment debtor to be examined under this section during the preceding 120 days, the court shall make the order if the judgment creditor by affidavit or otherwise shows good cause for the order. The application shall be made on noticed motion if the court so directs or a court rule so requires. Otherwise, it may be made ex parte.
>
> (d) The Judgment Creditor shall personally serve a copy of the order on the judgment debtor not less than 10 days before the date set for the examination. Service shall be made in the manner specified in Section 415.10. Service of the order creates a lien on the personal property of the

**[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR KODIAK SAFE CO. LLC BY AND THROUGH ITS MANAGER CASSANDRA TANNEY AND FOR ASSOCIATED WRITTEN DISCOVERY - 2**

> judgment debtor for a period of one year from the date of the order unless extended or sooner terminated by the court.
> (e) The order shall contain the following statement in 14-point boldface type if printed or in capital letters if typed: "NOTICE TO JUDGMENT DEBTOR. If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding."

Cal. Civ. Proc. Code § 708.110(a)-(e). Cal. Civ. Proc. Code § 708.160(b) also provides that "[a] person sought to be examined may not be required to attend an examination before a court located outside the county in which the person resides or has a place of business unless the distance from the person's place of residence or place of business to the place of examination is less than 150 miles." Cal. Civ. Proc. Code § 708.160(b).

Plaintiff's application sets forth the showing required by Federal Rules of Civil Procedure 69(a)(2) and the applicable provisions of the Cal. Civ. Proc. Code §§ 708.110 and 708.160. Under California law, judgment debtor proceedings "permit the judgment creditor to examine the judgment debtor, or third persons who have property of or are indebted to the judgment debtor, in order to discover property and apply it toward the satisfaction of the money judgment." *United States v. Feldman*, 324 F. Supp. 2d 1112, 1116 (C.D. Ca. 2004) (quoting *Imperial Bank v. Pim Elec., Inc.*, 33 Cal.App.4th 540 (1995)). Debtor examination is intended "to allow the judgment creditor a wide scope of inquiry concerning property and business affairs of the judgment debtor, and to leave no stone unturned in the search for assets which might be used to satisfy the judgment." *Alcade v. NAC Real Estate Investments & Assignments, Inc.*, 580 F. Supp. 2d 969, 970 (C.D. Cal. 2008) (citations and internal punctuation omitted).

Plaintiff also seeks to require the judgment debtor to produce documents and respond to interrogatories prior to the examination. "The scope of post-judgment discovery is broad, 'the judgment creditor must be given the freedom to make a broad inquiry to discover hidden or concealed assets of the judgment debtor." *British Intern. Ins. Co. v. Seguors La Republica, S.A.*, 200 F.R.D. 586, 588 (W.D. Tex. 2000) (quoting *Caisson Corp. v. County West Building Corp.*,

**[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR KODIAK SAFE CO. LLC BY AND THROUGH ITS MANAGER CASSANDRA TANNEY AND FOR ASSOCIATED WRITTEN DISCOVERY - 3**

62 F.R.D. 331, 334 (E.D. Pa. 1974)); *see also Young v. Keele* (1987) 188 CA3d 1090, 1093, 233 CR 850, 852 (the judgment creditor is accorded the widest scope for inquiry concerning the property and business affairs of the debtor . . .").

Federal Rule of Civil Procedure 33 allows a party to serve on any other party written interrogatories that relate to any matter that may be inquired into under Rule 26(b). *See* Fed. R. Civ. P. 33; *see also Singh v. Bunch*, No. 115CV00646DADBAM, 2018 WL 3472380, at *2 (E.D. Cal. July 17, 2018). Federal Rule of Civil Procedure 34 authorizes a party to see production of documents. Further, Cal. Civ. Proc. Code § 708.030(a) provides that a "judgment creditor may demand that any judgment debtor produce and permit the party making the demand, or someone acting on that party's behalf, to inspect and to copy a document that is in the possession, custody, or control of the party on whom the demand is made . . . ." Cal. Civ. Proc. Code § 708.030. Accordingly, the Judgment Debtor shall respond to the Document Requests (**Exhibit 1** hereto) and First Set of Interrogatories (**Exhibit 2** hereto) as directed by this order.

### III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendant/Judgment Debtor Kodiak Safe Company LLC, by and through its manager, Cassandra Tanney, shall appear personally for an examination ("Debtor Examination") on _____ in Courtroom \_\_ of the United States District Courthouse, located at _____, Fresno, California, to furnish information to aid in enforcement of a money judgment by answering questions about the Defendant/Judgment Debtor's real property and personal property and assets;

2. Defendant/Judgment Debtor shall respond to Plaintiff's First Set of Document Requests [Exhibit 1 hereto] and First Set of Interrogatories [Exhibit 2 hereto] no later than thirty (30) days prior to the date set for the Debtor Examination, and

**[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR KODIAK SAFE CO. LLC BY AND THROUGH ITS MANAGER CASSANDRA TANNEY AND FOR ASSOCIATED WRITTEN DISCOVERY - 4**

  produce the responsive documents to Plaintiff no later than fifteen (15) days prior to the date set for the Debtor Examination; and

3.  Plaintiff/Judgment Creditor must serve this order upon Defendant/judgment debtor Cassandra Tanney personally not less than ten (10) days before the date set for the Debtor Examination and must file a certificate of such service with the Court.

**NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

IT IS SO ORDERED.

DATED this ____ day of _____, 2018.

_____
UNITED STATES MAGISTRATE JUDG

Submitted by:

Teague I. Donahey, CSB #197531
HOLLAND & HART LLP
800 W. Main Street
Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
TIDonahey@hollandhart.com

**[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR KODIAK SAFE CO. LLC BY AND THROUGH ITS MANAGER CASSANDRA TANNEY AND FOR ASSOCIATED WRITTEN DISCOVERY - 5**