# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Rhino Metals, Inc.     Plaintiff(s):

vs.

Kodiak Safe Company LLC     Defendant(s):

**AFFIDAVIT OF SERVICE**

Case Number: 1:18-mc-00036-SKO

COMES NOW, ROBERT REYES, being first duly sworn upon oath, and hereby deposes and says: That I am over the age of eighteen (18) years, and not a party to the action or related to any of the parties in the above entitled action. I received a true copy of the **Order on Plaintiff's Ex Parte Application for Appearance and Examination of Judgment Debtor and Related Discovery, Plaintiff's First Set of Interrogatories to Defendant, Plaintiff's First Set of Requests for Production to Defendant, Ex Parte Application for Order Scheduling Judgment Debtor Examination and Related Discovery, Declaration of Teague I. Donahey, Memorandum of Points and Authorities of Rhino Metals, Inc. in Support of Ex Parte Application for Order Scheduling Judgment Debtor Examination and Related Discovery** and delivered the same upon **Kodiak Safe Company LLC** by delivering to and leaving with Cassandra Tanney, Registered Agent, a person authorized to accept service on behalf of Kodiak Safe Company LLC.

At:(Address) 2550 SOUTH EAST AVE. #120

(City, State) FRESNO, CA.     (ZIP) 93706

on the 20th day of AUGUST, 2018, at 12:40 o'clock p.m.

County of Fresno     )
                     :ss
State of California  )

Subscribed and sworn to before me on this 28 day of August, 2018 before me a Notary Public, the affiant personally appeared, known or identified to me to be the person whose name is subscribed to the within instrument, and being by me first duly sworn, declared that the statements therein are true, and acknowledged to me that they executed the same.

RANDY MELVIN
Notary Public – California
Fresno County
Commission # 2219693
My Comm. Expires Nov 21, 2021

Affiant

NOTARY PUBLIC
Residing at 5528 N. Palm #124 Fresno, CA 93704
Commission Expires:

Our Reference Number: 169322
Client Reference: >

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of September, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Cassandra Tanney, President
Kodiak Safe Company
2550 S. East Avenue, Suite 120
Fresno, CA 93706
cookie@kodiaksafes.com

                    */s/ Teague I. Donahey* _____
                    for HOLLAND & HART LLP

**CORRECTED AFFIDAVIT OF SERVICE - 2**