UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RHINO METALS, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>KODIAK SAFE COMPANY LLC, a California limited liability company,<br><br>Defendant. | **Case No. 1:18-mc-00036-SKO**<br><br>**ORDER CONTINUING DEBTOR'S EXAM**<br><br>(Doc. 12) |

Before the Court is the parties' "Stipulated Motion to Continue Debtor's Exam" seeking to continue the debtor's exam, currently scheduled for November 14, 2018, to allow Plaintiff to conduct further discovery prior to the debtor's exam. (Doc. 12.)

Pursuant to the parties' stipulated motion and good cause appearing, IT IS HEREBY ORDERED that:

1. The debtor's exam, currently set for November 14, 2018, is CONTINUED to February 6, 2019, as set forth below.

2. Defendant/Judgment Debtor Kodiak Safe Company LLC, by and through its manager, Cassandra Tanney, SHALL APPEAR personally for an examination ("Debtor Examination") on February 6, 2019, at 9:30 AM in Courtroom 7 (SKO) of the United States District Courthouse, located at 2500 Tulare Street in Fresno,

-1-

California, before Magistrate Judge Sheila K. Oberto, to furnish information to aid in enforcement of a money judgment by answering questions about the Defendant/Judgment Debtor's real property and personal property and assets;

3. Plaintiff/Judgment Creditor SHALL serve this order upon Defendant/judgment debtor Cassandra Tanney personally not less than ten (10) days before the date set for the Debtor Examination and must file a certificate of such service with the Court.

IT IS SO ORDERED.

Dated: **November 9, 2018** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

3